ANN F. GRANT, as Administratrix of the Estate of JAMES A. GRANT, Deceased, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Grant* v. *Delaware, L. & W. R. R. Co.*, 129 App. Div. 909, affirmed.
(Argued December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Frederick W. Thomson* for appellant.

*William S. Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: GRAY and HISCOCK, JJ.